**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, AmericInn International, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICINN INTERNATIONAL, LLC, a Minnesota Limited Liability Company, | Civil Action No. 2:23-cv-21984(BRM)(JBC) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| MATAJI2 CORPORATION, a Wisconsin Corporation; ARVINDKUMAR PATEL, an individual; and SEJALBEN PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, AmericInn International, LLC ("AFD"), by its attorneys, Connell Foley LLP, seeking the entry of Final Judgment by Default against defendants, Mataji2 Corporation, Arvindkumar Patel, and Sejalben Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on November 6, 2023, seeking damages as a result of the breach of a franchise agreement between AFD and Mataji2, LLC; and service of the Summons and Complaint having been effectuated with respect to Defendants by personally serving them in Sault Sainte Marie, Michigan on December 12, 2023; and it appearing that default was duly noted by the Clerk of the Court against Defendants on January 12, 2024 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this __18th__ day of ____March____, 2024,

**ORDERED, ADJUDGED, AND DECREED** that AFD have judgment against Defendants, jointly and severally, in the total amount of $511,255.23, comprised of the following:

a) $325,187.70 for outstanding Recurring Fees (principal plus prejudgment interest); and

b) $186,067.53 for Liquidated Damages (principal plus prejudgment interest).

**HONORABLE BRIAN R. MARTINOTTI, U.S.D.J.**